ACCEPTED
06-18-00077-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2018 1:25 PM
DEBBIE AUTREY
CLERK

NO. 06-18-00077CR

IN THE COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2018 1:25:34 PM
DEBBIE AUTREY
Clerk

SIXTH APPELLATE DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

DAVEN MICHAEL RAY,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

TO SAID HONORABLE COURT:

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT**

James P. Finstrom, appointed counsel for Daven Michael Ray, Appellant, moves the Court to allow him to withdraw from representation of Appellant in this cause and shows the Court that he is familiar with this case and was appointed to represent the Appellant at the trial and appeal of this cause and has examined the record in this cause and is of the opinion that the appeal is without merit on direct appeal and that there are no grounds which would arguably support reversal of this conviction on direct appeal and, further, is of the opinion that the Appellant's plea of true to the

allegations in the State's motion to adjudicate without any objections at the hearing is sufficient to support Appellant's conviction.

WHEREFORE, PREMISES CONSIDERED, counsel for Appellant moves that he be permitted to withdraw from representation in this cause.

Respectfully submitted,


__/s/ James P. Finstrom_
James P. Finstrom
Counsel for Appellant
202 S. Marshall,
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000
jpfinstrom@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that I have delivered a true copy of this brief to Hon. Angela Smoak, counsel for the State, on this 4th day of June, 2018.


__/s/ James P. Finstrom___
James P. Finstrom